1 | Jason A. Geller, CA State Bar No. 168149
2 | Juan C. Araneda, CA State Bar No. 213041
  | MECKLER BULGER TILSON MARICK & PEARSON LLP
3 | 575 Market Street, Suite 2200
  | San Francisco, California 94105
  | Telephone: (415) 644-0914
4 | Facsimile: (415) 644-0978
  | Email: jason.geller@mbtlaw.com
5 | juan.araneda@mbtlaw.com

7 | Attorneys for Defendant
  | JPMORGAN CHASE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIZWAN ALI, | CASE No. C 13-1184 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| JP MORGAN CHASE BANK and WASHINGTON MUTUAL BANK, | **[CIVIL LOCAL RULE 6-2]** |
| Defendant. | |

Pursuant to Civil Local Rule 6-2, Plaintiff Rizwan Ali ("PLAINTIFF") and Defendant JPMorgan Chase Bank ("JPMC"), through their respective counsel hereby stipulate as follows:

WHEREAS the initial Case Management Conference in this action is currently scheduled for July 12, 2013;

WHEREAS on May 8, 2013, JPMC filed a motion to compel arbitration and to stay proceedings pending arbitration;

WHEREAS on June 13, 2013, the Court issued an order requesting further brief on JPMC's motion to compel arbitration and continued the hearing on the motion to August 23, 2013;

WHEREAS the parties have not previously sought to continue the Case Management

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1 | Conference in this action;

2 | WHEREAS, in the interest of judicial economy, the parties jointly request that the Court
3 | continues the Case Management Conference to October 11, 2013, or a date that is convenient for
4 | the Court;

5 | WHEREAS, the parties jointly request that the Court order that the Joint Case
6 | Management Statement be filed no later than five (5) court days before the scheduled Case
7 | Management Conference.

8 | THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

9 | 1. The Case Management Conference shall be scheduled for October 11, 2013, or a
10 | date that is convenient for the Court.

11 | 2. The Joint Case Management Statement shall be filed no later than five (5) court
12 | days before the scheduled Case Management Conference.

14 | Dated: June 20, 2013          LAW OFFICES OF WILLIAM D. WHITEMAN

16 |                                By:   */s/ William D. Whiteman*
17 |                                      WILLIAM D. WHITEMAN
                                         Attorneys for Plaintiff RIZWAN ALI

19 | Dated: June 20, 2013          MECKLER BULGER TILSON MARICK &
                                   PEARSON LLP

22 |                                By:   */s/ Juan C. Araneda*
                                         JASON A. GELLER
                                         JUAN C. ARANEDA
23 |                                      Attorneys for Defendant
                                         JPMORGAN CHASE BANK

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERD.

Dated: June 24, 2013

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California was served on all parties registered for e-filing in this matter on this the 20th day of June 2013. In compliance with Civil Local Rule 5-1(i)(3), I also hereby attest that William D. Whiteman has concurred in this filing.

                                                                */s/ Juan C. Araneda*
                                                                   Juan C. Araneda

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE