IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZWAN ALI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JP MORGAN CHASE BANK and<br>WASHINGTON MUTUAL BANK,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 13-01184 JSW<br><br>**ORDER VACATING HEARING<br>ON DEFENDANT'S MOTION TO<br>COMPEL ARBITRATION** |

This matter is scheduled for a hearing on Defendant's Motion to Compel Arbitration. The Court has considered the parties' papers, including the supplemental briefing, and it finds the motion suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for August 23, 2013, and it shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: August 14, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE