1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    RIZWAN ALI,
                                              No. C 13-01184 JSW
10            Plaintiff,
                                              **ORDER VACATING HEARING**
11    v.                                      **ON DEFENDANT'S MOTION TO**
                                              **COMPEL ARBITRATION**
12    JP MORGAN CHASE BANK and
      WASHINGTON MUTUAL BANK,
13
              Defendants.
14
      _____/
15
16            This matter is scheduled for a hearing on Defendant's Motion to Compel Arbitration.
17    The Court has considered the parties' papers, including the supplemental briefing, and it finds
18    the motion suitable for disposition without oral argument.  *See* N.D. Civ. L.R. 7-1(b).  The
19    Court VACATES the hearing scheduled for August 23, 2013, and it shall issue a written ruling
20    in due course.
21            **IT IS SO ORDERED.**
22
23    Dated: August 14, 2013                   _____
24                                             JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE
25
26
27
28

**United States District Court**
For the Northern District of California