Jason A. Geller, CA State Bar No. 168149
Juan C. Araneda, CA State Bar No. 213041
MECKLER BULGER TILSON MARICK & PEARSON LLP
575 Market Street, Suite 2200
San Francisco, California 94105
Telephone: (415) 644-0914
Facsimile: (415) 644-0978
Email:   jason.geller@mbtlaw.com
         juan.araneda@mbtlaw.com

Attorneys for Defendant
JPMORGAN CHASE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIZWAN ALI,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JP MORGAN CHASE BANK and<br>WASHINGTON MUTUAL BANK,<br><br>　　　　　　　Defendant. | CASE No. C 13-1184 JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE<br>TO NOVEMBER 15, 2013**<br><br>**[CIVIL LOCAL RULE 6-2]** |

　　　　Pursuant to Civil Local Rule 6-2, Plaintiff Rizwan Ali ("PLAINTIFF") and Defendant JPMorgan Chase Bank ("JPMC"), through their respective counsel, hereby stipulate as follows:

　　　　WHEREAS the initial Case Management Conference in this action is currently scheduled for October 11, 2013;

　　　　WHEREAS on May 8, 2013, JPMC filed a motion to compel arbitration and to stay proceedings pending arbitration;

　　　　WHEREAS on June 13, 2013, the Court issued an order requesting further brief on JPMC's motion to compel arbitration and continued the hearing on the motion to August 23, 2013;

　　　　WHEREAS on June 20, 2013, the parties submitted a stipulation and proposed order to continue the initial Case Management Conference (previously scheduled for July 12, 2013) while JPMC's motion to compel arbitration was pending before the Court, which the Court granted;

1

1  WHEREAS on August 14, 2013, the Court issued an order vacating the hearing date on JPMC's motion to compel arbitration and has taken it under submission, but has not yet issued its ruling;

WHEREAS, in the interest of judicial economy, and to allow for a ruling on JPMC's pending motion to compel arbitration, the parties jointly request that the Court again continue the Case Management Conference to November 15, 2013, or a date that is convenient for the Court;

WHEREAS, the parties jointly request that the Court order that the Joint Case Management Statement be filed no later than five (5) court days before the scheduled Case Management Conference.

THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Case Management Conference shall be scheduled for November 15, 2013, or a date that is convenient for the Court.

2. The Joint Case Management Statement shall be filed no later than five (5) court days before the scheduled Case Management Conference.

Dated: September 30, 2013　　　　　　LAW OFFICES OF WILLIAM D. WHITEMAN


By:　*/s/ William D. Whiteman*
　　　WILLIAM D. WHITEMAN
　　　Attorneys for Plaintiff RIZWAN ALI


Dated: September 30, 2013　　　　　　MECKLER BULGER TILSON MARICK & PEARSON LLP


By:　*/s/ Juan C. Araneda*
　　　JASON A. GELLER
　　　JUAN C. ARANEDA
　　　Attorneys for Defendant
　　　JPMORGAN CHASE BANK

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERD.

Dated: October 1, 2013

/s/ Jeffrey S. White

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE