1  Jason A. Geller, CA State Bar No. 168149
   Juan C. Araneda, CA State Bar No. 213041
2  MECKLER BULGER TILSON MARICK & PEARSON LLP
   575 Market Street, Suite 2200
3  San Francisco, California 94105
   Telephone: (415) 644-0914
4  Facsimile: (415) 644-0978
   Email:    jason.geller@mbtlaw.com
5             juan.araneda@mbtlaw.com

6  Attorneys for Defendant
   JPMORGAN CHASE BANK
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  RIZWAN ALI,                          CASE No. C 13-1184 JSW

12                  Plaintiff,           **STIPULATION AND [PROPOSED]**
                                         **ORDER TO CONTINUE CASE**
13       vs.                             **MANAGEMENT CONFERENCE**
                                         **TO NOVEMBER 15, 2013**
14  JP MORGAN CHASE BANK and
    WASHINGTON MUTUAL BANK,              **[CIVIL LOCAL RULE 6-2]**
15
                    Defendant.
16

17       Pursuant to Civil Local Rule 6-2, Plaintiff Rizwan Ali ("PLAINTIFF") and Defendant

18  JPMorgan Chase Bank ("JPMC"), through their respective counsel, hereby stipulate as follows:

19       WHEREAS the initial Case Management Conference in this action is currently scheduled

20  for October 11, 2013;

21       WHEREAS on May 8, 2013, JPMC filed a motion to compel arbitration and to stay

22  proceedings pending arbitration;

23       WHEREAS on June 13, 2013, the Court issued an order requesting further brief on

24  JPMC's motion to compel arbitration and continued the hearing on the motion to August 23,

25  2013;

26       WHEREAS on June 20, 2013, the parties submitted a stipulation and proposed order to

27  continue the initial Case Management Conference (previously scheduled for July 12, 2013) while

28  JPMC's motion to compel arbitration was pending before the Court, which the Court granted;

                                      1

1    WHEREAS on August 14, 2013, the Court issued an order vacating the hearing date on

2   JPMC's motion to compel arbitration and has taken it under submission, but has not yet issued its

3   ruling;

4    WHEREAS, in the interest of judicial economy, and to allow for a ruling on JPMC's

5   pending motion to compel arbitration, the parties jointly request that the Court again continue the

6   Case Management Conference to November 15, 2013, or a date that is convenient for the Court;

7    WHEREAS, the parties jointly request that the Court order that the Joint Case

8   Management Statement be filed no later than five (5) court days before the scheduled Case

9   Management Conference.

10    THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

11    1.    The Case Management Conference shall be scheduled for November 15, 2013, or

12   a date that is convenient for the Court.

13    2.    The Joint Case Management Statement shall be filed no later than five (5) court

14   days before the scheduled Case Management Conference.

15

16   Dated: September 30, 2013          LAW OFFICES OF WILLIAM D. WHITEMAN

17

18                                     By:    */s/ William D. Whiteman*
                                              WILLIAM D. WHITEMAN
19                                            Attorneys for Plaintiff RIZWAN ALI

20

21   Dated: September 30, 2013          MECKLER BULGER TILSON MARICK &
                                        PEARSON LLP
22

23                                     By:    */s/ Juan C. Araneda*
                                              JASON A. GELLER
24                                            JUAN C. ARANEDA
                                              Attorneys for Defendant
25                                            JPMORGAN CHASE BANK

26

27

28

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1

## [PROPOSED] ORDER

2

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERD.

3

4

5    Dated: __October 1, 2013_____

6    HONORABLE JEFFREY S. WHITE
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE