| | |
|---|---|
| 1 | Jason A. Geller, CA State Bar No. 168149 |
| 2 | Juan C. Araneda, CA State Bar No. 213041<br>MECKLER BULGER TILSON MARICK & PEARSON LLP |
| 3 | 575 Market Street, Suite 2200<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 644-0914<br>Facsimile: (415) 644-0978 |
| 5 | Email:   jason.geller@mbtlaw.com<br>           juan.araneda@mbtlaw.com |
| 6 | Attorneys for Defendant |
| 7 | JPMORGAN CHASE BANK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIZWAN ALI, | CASE No. C 13-1184 JSW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO JANUARY 10, 2014 |
| vs. | |
| JP MORGAN CHASE BANK and WASHINGTON MUTUAL BANK, | [CIVIL LOCAL RULE 6-2] |
| Defendant. | |

Pursuant to Civil Local Rule 6-2, Plaintiff Rizwan Ali ("PLAINTIFF") and Defendant JPMorgan Chase Bank ("JPMC"), through their respective counsel, hereby stipulate as follows:

WHEREAS the initial Case Management Conference in this action is currently scheduled for November 15, 2013;

WHEREAS on May 8, 2013, JPMC filed a motion to compel arbitration and to stay proceedings pending arbitration;

WHEREAS on June 13, 2013, the Court issued an order requesting further brief on JPMC's motion to compel arbitration and continued the hearing on the motion to August 23, 2013;

WHEREAS on August 14, 2013, the Court issued an order vacating the hearing date on JPMC's motion to compel arbitration and has taken it under submission, but has not yet issued its ruling;

1  WHEREAS on June 20, 2013, and September 30, 2013, the parties submitted stipulations

2 and proposed orders to continue the initial Case Management Conference while JPMC's motion

3 to compel arbitration was pending before the Court, which the Court granted;

4  WHEREAS JPMC's counsel have a trial scheduled to begin on December 2, 2013, in the

5 matter of *Jimenez v. Allstate Property Casualty Insurance Company*, Los Angeles County

6 Superior Court Case No. BC485173, that is expected to last approximately three weeks and will,

7 therefore, not be available for most of December 2013;

8  WHEREAS, in the interest of judicial economy, and to allow for a ruling on JPMC's

9 pending motion to compel arbitration, the parties jointly request that the Court again continue the

10 Case Management Conference to January 10, 2014, or a date that is convenient for the Court;

11  WHEREAS, the parties jointly request that the Court order that the Joint Case

12 Management Statement be filed no later than five (5) court days before the scheduled Case

13 Management Conference.

14  THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

15  1. The Case Management Conference shall be scheduled for January 10, 2014, or a

16 date that is convenient for the Court.

17  2. The Joint Case Management Statement shall be filed no later than five (5) court

18 days before the scheduled Case Management Conference.

19 Dated: November 1, 2013   LAW OFFICES OF WILLIAM D. WHITEMAN

21         By: */s/ William D. Whiteman*
22           WILLIAM D. WHITEMAN
           Attorneys for Plaintiff RIZWAN ALI

23 Dated: November 1, 2013   MECKLER BULGER TILSON MARICK &
24           PEARSON LLP

26         By: */s/ Juan C. Araneda*
           JASON A. GELLER
27           JUAN C. ARANEDA
           Attorneys for Defendant
28           JPMORGAN CHASE BANK

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERD.

5  Dated: November 4, 2013

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE