1 | Jason A. Geller, CA State Bar No. 168149
Juan C. Araneda, CA State Bar No. 213041
2 | MECKLER BULGER TILSON MARICK & PEARSON LLP
575 Market Street, Suite 2200
3 | San Francisco, California 94105
Telephone: (415) 644-0914
4 | Facsimile: (415) 644-0978
Email:  jason.geller@mbtlaw.com
5 |        juan.araneda@mbtlaw.com

6 | Attorneys for Defendant
JPMORGAN CHASE BANK

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | RIZWAN ALI,                          CASE No. C 13-1184 JSW

12 |          Plaintiff,                  **STIPULATION AND [PROPOSED]
                                          ORDER TO CONTINUE CASE
13 |  vs.                                 MANAGEMENT CONFERENCE
                                          TO JANUARY 10, 2014**
14 | JP MORGAN CHASE BANK and
WASHINGTON MUTUAL BANK,                   **[CIVIL LOCAL RULE 6-2]**
15
         Defendant.
16

17 | Pursuant to Civil Local Rule 6-2, Plaintiff Rizwan Ali ("PLAINTIFF") and Defendant

18 | JPMorgan Chase Bank ("JPMC"), through their respective counsel, hereby stipulate as follows:

19 | WHEREAS the initial Case Management Conference in this action is currently scheduled

20 | for November 15, 2013;

21 | WHEREAS on May 8, 2013, JPMC filed a motion to compel arbitration and to stay

22 | proceedings pending arbitration;

23 | WHEREAS on June 13, 2013, the Court issued an order requesting further brief on

24 | JPMC's motion to compel arbitration and continued the hearing on the motion to August 23,

25 | 2013;

26 | WHEREAS on August 14, 2013, the Court issued an order vacating the hearing date on

27 | JPMC's motion to compel arbitration and has taken it under submission, but has not yet issued its

28 | ruling;

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

WHEREAS on June 20, 2013, and September 30, 2013, the parties submitted stipulations and proposed orders to continue the initial Case Management Conference while JPMC's motion to compel arbitration was pending before the Court, which the Court granted;

WHEREAS JPMC's counsel have a trial scheduled to begin on December 2, 2013, in the matter of *Jimenez v. Allstate Property Casualty Insurance Company*, Los Angeles County Superior Court Case No. BC485173, that is expected to last approximately three weeks and will, therefore, not be available for most of December 2013;

WHEREAS, in the interest of judicial economy, and to allow for a ruling on JPMC's pending motion to compel arbitration, the parties jointly request that the Court again continue the Case Management Conference to January 10, 2014, or a date that is convenient for the Court;

WHEREAS, the parties jointly request that the Court order that the Joint Case Management Statement be filed no later than five (5) court days before the scheduled Case Management Conference.

THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Case Management Conference shall be scheduled for January 10, 2014, or a date that is convenient for the Court.

2. The Joint Case Management Statement shall be filed no later than five (5) court days before the scheduled Case Management Conference.

Dated: November 1, 2013          LAW OFFICES OF WILLIAM D. WHITEMAN


By:   */s/ William D. Whiteman*
      WILLIAM D. WHITEMAN
      Attorneys for Plaintiff RIZWAN ALI

Dated: November 1, 2013          MECKLER BULGER TILSON MARICK & PEARSON LLP


By:   */s/ Juan C. Araneda*
      JASON A. GELLER
      JUAN C. ARANEDA
      Attorneys for Defendant
      JPMORGAN CHASE BANK

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERD.

Dated: November 4, 2013

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE