**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RIZWAN ALI,

    Plaintiff,

v.

JP MORGAN CHASE BANK and
WASHINGTON MUTUAL BANK,

    Defendants.

_____/

No. C 13-01184 JSW

**ORDER REGARDING CASE MANAGEMENT CONFERENCE**

This matter is scheduled for a case management conference on January 10, 2014. The Court HEREBY CONTINUES the case management conference to January 24, 2014. The case management conference will be vacated if by January 17, 2014, Defendant JPMorgan Chase Bank, N.A. ("JPMC") appeals the order denying its motion to compel arbitration and files either a motion or a stipulation to stay this case pending the appeal.

**IT IS SO ORDERED.**

Dated: January 3, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE