UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RIZWAN ALI,

        Plaintiff,

  v.

JP MORGAN CHASE BANK, et al.,

        Defendants.

Case No.  13-cv-01184-VC

**ORDER AFTER REMAND**

Re: Dkt. No. 58

     A case management conference is scheduled for June 7, 2016, to discuss the next steps in this case in light of the Ninth Circuit's mandate.  However, if the parties agree that the only remaining step is to compel arbitration and dismiss the case, they may submit a stipulation to that effect in advance of the case management conference.

     **IT IS SO ORDERED.**

Dated: May 4, 2016

VINCE CHHABRIA
United States District Judge