UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZWAN ALI,<br><br>   Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>   Defendants. | Case No. 13-cv-01184-VC<br><br>**ORDER COMPELLING ARBITRATION AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 61 |

  Pursuant to the Ninth Circuit's mandate, Dkt. No. 58, Rizwan Ali is ordered to submit his claims against JP Morgan Chase to final and binding arbitration under the terms of the parties' arbitration agreement. And though 9 U.S.C. § 3 "seems to direct that the action 'shall' be stayed pending completion of arbitration," the Ninth Circuit has "held that, notwithstanding the language of § 3, a district court may either stay the action or dismiss it outright when, as here, the court determines that all of the claims raised in the action are subject to arbitration." *Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1073-74 (9th Cir. 2014). Accordingly, this case is dismissed without prejudice.

  **IT IS SO ORDERED.**

Dated: June 7, 2016

_____
VINCE CHHABRIA
United States District Judge